IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SETAREH BORJIAN
185 Santa Fe Ave
Hamden, CT 06517

Plaintiff,

v.

MARCO ANTONIO RUBIO, in his official capacity as Secretary of State;
c/o The Executive Office
Office of the Legal Adviser (L/EX)
Suite 5.600
600 19th Street NW, Washington, DC 20522

UNITED STATES DEPARTMENT OF STATE;
c/o The Executive Office
Office of the Legal Adviser (L/EX)
Suite 5.600
600 19th Street NW, Washington, DC 20522

PAMELA BONDI, in her official capacity as Attorney General of the United States;
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

KRISTI LYNN ARNOLD NOEM, in her official capacity as Secretary of Homeland Security;
Office of the General Counsel
MS 0525 Department of Homeland Security
2707 Martin Luther King Jr Ave SE, Washington, DC 20528-0525

DAVID X. SULLIVAN, in his official capacity as the Interim U.S. Attorney for the District of Connecticut
157 Church Street, New Haven, CT 06510

Defendants.

**Case No.:**

SEP 26 2025 PM3:30
FILED-USDC-CT-NEW HAVEN

1. **INTRODUCTION**

    1. Plaintiff Setareh Borjian, a U.S. citizen, respectfully requests that this Honorable Court issue a Writ of Mandamus compelling the Defendants to take action on the IR5 immigrant visa application of her father, Asghar Borjian Boroujeni, which has remained in administrative processing for over 15 months.

    2. This undue delay has caused severe hardship to the applicant and his family, including medical and humanitarian concerns.

    3. The Defendants' failure to adjudicate the immigrant visa application within a reasonable time constitutes a violation of the Administrative Procedure Act ("APA"), specifically 5 U.S.C. §§ 555(b) and 706(1), and is unreasonable under the TRAC factors as interpreted by federal courts.

    4. Plaintiff seeks a final adjudication of her father's visa application without further delay.

2. **JURISDICTION AND VENUE**

    1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this case arises under federal law, specifically the Administrative Procedure Act (5 U.S.C. §§ 555(b) and 706(1)) and the Mandamus Act (28 U.S.C. § 1361).

    2. Venue is proper under 28 U.S.C. § 1391(e) because the Plaintiff resides in Connecticut and is suing the U.S. government, federal agency, or federal official in his or her official capacity.

3. **PARTIES**

   1. Plaintiff, Setareh Borjian, is a U.S. citizen residing in Hamden, Connecticut, and the daughter of the visa applicant.

   2. Beneficiary, Asghar Borjian Boroujeni, is the applicant whose immigrant visa application is under prolonged administrative processing and is suffering significant hardship due to the excessive delay.

   3. Defendants:

      a. Marco Antonio Rubio as Secretary of State is responsible for overseeing the U.S. Department of State, including consular visa processing and adjudications.

      b. United States Department of State is the federal agency responsible for overseeing immigrant visa processing abroad.

      c. Pamela Bondi is the Attorney General of the United States and is sued in her official capacity.

      d. Kristi Lynn Arnold Noem is the Secretary of Homeland Security and is sued in her official capacity.

      e. David X. Sullivan, in his official capacity as the Interim U.S. Attorney for the District of Connecticut.

4. **FACTUAL BACKGROUND**

   1. Plaintiff, Setareh Borjian, is a U.S. citizen residing in New Haven County, Connecticut. She filed an I-130 petition for her father, which was approved on February 24, 2023.

   2. Plaintiff submitted DS-260 immigrant visa application on her father's behalf, which was documentarily qualified on April 22, 2023.

3. Beneficiary, Asghar Borjian Boroujeni, attended his immigrant visa interview at the U.S. Embassy in Yerevan on June 10, 2024. He was informed that his case required additional administrative processing.

4. He received a questionnaire shortly after the interview, which requested information already provided in the DS-260. He returned the completed questionnaire on June 17, 2024.

5. Mr. Borjian Boroujeni has previously traveled to the United States on three separate occasions using a valid B-2 tourist visa (Exhibit C- Past Visa Numbers.). On each visit, he complied with all terms of his visa. His history of lawful travel further underscores the lack of justification for the prolonged administrative processing of his immigrant visa application.

6. Multiple inquiries to the U.S. Embassy have yielded no substantive response other than indicating that they have no way to predict how much longer it will take (Exhibit F).

**5. STATEMENT OF HARM**

1. Mr. Borjian Boroujeni suffers from Parkinson's disease, a progressive neurological condition that significantly impairs his ability to live independently. A letter from his neurologist confirms it is medically unsafe for him to live alone (Exhibit D- Letter from his neurologist).

2. The Plaintiff's mother, Fatemeh Sarrami Foroushani, was issued an immigrant visa and entered the United States in March 2025. As a lawful permanent resident, she must maintain residence in the U.S., making it impossible to stay in Iran for extended period to care for her husband without jeopardizing her legal status. The prolonged delay in

adjudicating Mr. Borjian Boroujeni's visa application has placed her in an impossible position, resulting in significant emotional and financial hardship.

3. The Plaintiff is unable to travel to Iran due to safety concerns associated with being a U.S. citizen (Exhibit E- Iran Travel Advisory). This severely limits her ability to provide in-person support or assistance to her father during this period of prolonged separation.

4. The excessive and unreasonable delay in processing the visa and the continued separation—particularly with Mr. Borjian Boroujeni's medical condition—has inflicted urgent humanitarian hardship and significant emotional strain, undermining the fundamental purpose of the IR5 visa: the reunification of family members.

## 6. LEGAL FRAMEWORK

1. The Administrative Procedure Act ("APA"), 5 U.S.C. §§ 555(b) and 706(1), requires federal agencies to conclude matters presented to them within a reasonable time and prohibits unreasonable delays. The court may compel agency action unlawfully withheld or unreasonably delayed.

2. The Mandamus Act, 28 U.S.C. § 1361, authorizes this Court to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Plaintiff.

3. Federal courts consider the TRAC factors (Telecommunications Research & Action Center v. FCC, 750 F.2d 70 (D.C. Cir. 1984)) when evaluating claims of unreasonable delay, weighing the length of delay, harm to the petitioner, and agency justification.

7. **CAUSES OF ACTION**

   1. Count One: Unreasonable delay in violation of the Administrative Procedure Act, 5 U.S.C. §§ 555(b), 706(1).

      a. Plaintiff's father, Mr. Asghar Borjian Boroujeni, completed all required steps for his immigrant visa application, including the consular interview on June 10, 2024.

      b. Since that date, his application has remained in administrative processing for an unreasonable and unexplained duration, now exceeding 15 months.

      c. Defendants have failed to adjudicate the application within a reasonable time, causing severe hardship to Mr. Borjian Boroujeni and his family.

      d. This delay constitutes agency action unlawfully withheld or unreasonably delayed under the APA.

   2. Count Two: Failure to perform non-discretionary duty in violation of the Mandamus Act, 28 U.S.C. § 1361.

      a. The duty to adjudicate properly filed immigrant visa applications within a reasonable time is non-discretionary.

      b. Defendants have failed to fulfill this duty by unduly delaying adjudication.

      c. Plaintiff has no other adequate remedy at law and is entitled to mandamus relief compelling Defendants to act promptly.

8. **EVIDENCE**

Plaintiff will submit the following exhibits to support this Petition:

- Exhibit A: I-130 Approval Notice
- Exhibit B: Interview Appointment Letter

- Exhibit C: Mr. Borjian Boroujeni's previous trips with B-2 tourist visa
- Exhibit D: Letter from Mr. Borjian Boroujeni's neurologist
- Exhibit E: Iran travel advisory issued by U.S. Department of State
- Exhibit F: Email correspondence with the U.S. Embassy

9. **REQUEST FOR RELIEF**

Plaintiff respectfully requests that this court:

1. Issue a writ of mandamus compelling Defendants to promptly adjudicate the immigrant visa application of Mr. Asghar Borjian Boroujeni without further delay.
2. Declare the delay unlawful under the Administrative Procedure Act ("APA");
3. Grant any other relief the Court deems just and proper.

*/S. Borjian*

Dated: September 22, 2025
Respectfully submitted,

Setareh Borjian
185 Santa Fe Ave, Hamden CT 06517
404-801-8368
st.borjian@gmail.com
Pro Se Plaintiff



| Receipt Number<br>IOE9724398646 | | Case Type<br>I130 - PETITION FOR ALIEN RELATIVE | |
|---|---|---|---|
| Received Date<br>03/17/2022 | Priority Date<br>03/17/2022 | Petitioner  A214 043 726<br>BORJIAN, SETAREH | |
| Notice Date<br>02/09/2023 | Page<br>1 of 1 | Beneficiary<br>BORJIAN BOROUJENI, ASGHAR | |
| BORJIAN, SETAREH<br>305 GEORGE ST APT 3G<br>NEW HAVEN  CT  06511-6681 | | | **Notice Type:** Approval Notice<br>Section: Parent of U.S Citizen, 201(b) INA |

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

**USCIS Contact Center: www.uscis.gov/contactcenter**



5/3/24, 10:58 AM    Case 3:25-cv-01633-SVN    Document 1    Filed 09/26/25    Page 9 of 19
Gmail - Immigrant Visa Interview Appointment

Exhibit B



S Borjian <st.borjian@gmail.com>

## Immigrant Visa Interview Appointment
1 message

**National_Visa_Center@state.gov** <National_Visa_Center@state.gov>  Fri, Apr 26, 2024 at 8:40 AM
To: ASGHAR.BORJIAN@gmail.com, ST.BORJIAN@gmail.com

APRIL 26, 2024

Case Number: YRV2023615015

Invoice ID: IVSCA00002997504

BORJIAN BOROUJENI, ASGHAR :

The National Visa Center (NVC) completed processing your immigrant visa application and scheduled your visa interview at the U.S. Embassy/Consulate General, for processing. Appointment information is located at the bottom of this email. Only family members listed below in the Additional Applicant's section who are intending to immigrate at this time must appear at the Embassy/Consulate General on the appointment date.

**Important Information:**
You submitted forms and supporting documents to the NVC in electronic form. You must bring the original forms and documents to your interview for review by the consular officer.

Please read and follow all Interview Preparation Instructions located on the Department of State's web site at:
https://nvc.state.gov/prep.

Important information regarding the required medical appointment is also listed on this site. Failure to follow all instructions provided on this site may result in the refusal of your immigrant visa at the initial interview.

You should present this letter upon arrival at the Embassy/Consulate General.

**What To Do if You Cannot Keep the Appointment:**
To determine the proper procedure for rescheduling your interview appointment, please go to the U.S. Embassy or Consulate interview preparation instructions, select your interview location from the list and follow the instructions listed under "Contact Information" on the right.

**Reminders:**

- Read and follow all interview instructions located at https://nvc.state.gov/prep.
- Bring this letter to your medical examination for the panel physician to review.
- Your sponsors (petitioner, household members, and joint sponsors), may be required to provide updated or additional information for you to present at your interview, such as:
    - Other Income
    - Assets
    - Proof of current employment
- You submitted documentation to the National Visa Center through the Consular Electronic Application Center (CEAC). You can continue to upload documents to CEAC up until the date of your visa interview. You must present all original documents at the time of interview.
- If a sponsor filed an I-864 (Affidavit of Support) AND provided the NVC with proof of an IRS Federal Income Tax Extension in lieu of a Federal Income Tax Return, you must upload this to CEAC or bring the sponsor's most recent Federal Income Tax Return to the visa interview.
- Failure to present all necessary original documents to the Consular Officer may result in the refusal of your immigrant visa at the initial interview.

**Questions:**
The National Visa Center has completed its processing of this case and any further inquiries should be addressed to the U.S. Embassy, Consulate General, or Diplomatic Mission listed below. When communicating with the Embassy/Consulate General, always refer to your name and case number exactly as they appear.

**Immigrant Visa Interview Details:**

| | |
|---|---|
| Interview Date/Time: | JUNE 10, 2024 at 08:00 AM |
| Interview Location: | YEREVAN, ARMENIA |
| NVC Case Number: | YRV2023615015 |
| Invoice ID: | IVSCA00002997504 |
| Principal Applicant: | BORJIAN BOROUJENI, ASGHAR |
| | GOLBARG 3 KHARAZMI AVE MOLLASADRA ST |
| | TEHRAN, TEHRAN 1435943191 |
| | IRAN |
| Preference Category: | IR5-Parent of US Citizen |
| A #: | 069437649 |

## Exhibit C – Previous Trips with B-2 Tourist Visa

1. Visa Number L5675415

    - Issue Date: 18 July 2017

    - Visa Classification: Business/Personal (B1/B2)

    - Date Arrived in the United States: 07 October 2017

    - Length of Stay: 10 Months


2. Visa Number J9780268

    - Issue Date: 13 February 2015

    - Visa Classification: Business/Personal (B1/B2)

    - Date Arrived in the United States: 08 May 2015

    - Length of Stay: 3 Months


3. Visa Number C6160639

    - Issue Date: 16 February 2012

    - Visa Classification: Business/Personal (B1/B2)

    - Date Arrived in the United States: 29 March 2012

    - Length of Stay: 2 Months



**Mohammad Reza Gheini**
**M. D. Neurologist**

Assistant Professor of Neurology
Tehran University of Medical Science
Sina Hospital
Tehran, I. R. of Iran

Phone: + (98 21) 88 71 51 70
Cell Phone: + (98) 912 130 1435
E-mail: gheini@gmail.com

Date: 29/August/2025

To:     Whom it may concern

**Subject: Mr. Asghar Borjian Boroujeni**

I am writing this letter in my capacity as a neurologist to provide medical documentation for my patient, Asghar Borjian Boroujeni, who has been under my care for the past five years for Parkinson's disease and severe hand tremor.

This condition has progressively worsened over the last two years, significantly impairing his ability to perform daily tasks and basic self-care activities. It is medically necessary for him to have support from family members, as living alone poses safety concerns.

Please do not hesitate to contact me should you require any further information.

Best regards
M.R. Gheini
29688

*[signature]*

Gheini Mohammad Reza
MD Neurologist
29688

Office Admittance:
Unit 10, 3rd Floor
No 3, DelAra St.,
Tose St., Intersection
of ValiAser & Shahid
Beheshti Ave.,
Tehran, Iran

Phone: 021- 8871 5170

Emergency Admit.:
Parsian Specialist
Hospital
Farhang Square,
East Sarv St.,
Kaj Square,
SaadatAbad,
Tehran, Iran

# Iran Travel Advisory

**Travel Advisory** 
March 31, 2025

**Iran - Level 4: Do Not Travel**



*Updated to reflect changes to the "If you decide to travel to Iran" section, add warnings about Assisted Reproductive Technology (ART) and surrogacy, and updated information on detention risks.*

Do not travel to Iran due to the risk of **terrorism, civil unrest, kidnapping, arbitrary arrest of U.S. citizens,** and **wrongful detention.**

**Country Summary:** Do not travel to Iran for any reason. U.S. citizens in Iran face serious dangers. They have been kidnapped and wrongfully arrested. Some have been held for years on false charges, subjected to psychological torture, and even sentenced to death. The U.S. government does not have diplomatic or consular relations with the Islamic Republic of Iran. The Swiss government, acting through its Embassy in Tehran, serves as the protecting power for United States interests in Iran.

The Department of State has determined that U.S. nationals traveling to Iran are at significant risk of wrongful detention. Iranian authorities continue to unjustly detain U.S. nationals without warning or any evidence they committed a crime. This includes dual U.S.-Iranian nationals, students, journalists, business travelers, academics, and individuals with U.S. military or government experience. Charges include espionage and posing a threat to national security. U.S. nationals are at significant risk of questioning, arrest, and detention in Iran. Having a U.S. passport or connections to the United States can be reason enough for Iranian authorities to detain someone.

Iranian authorities routinely delay consular access to detained U.S. nationals. In particular, Iranian authorities consistently deny consular access to dual U.S.-Iranian nationals.

## Terrorism

Violent extremist groups, including U.S. government-designated terrorist organizations, operate in Iran. ISIS and related groups have taken responsibility for bombings and other attacks in the country. The risk of terrorism and deadly harm to bystanders continues.

## Assisted Reproductive Technology (ART) and Surrogacy

Companies offering surrogacy services in Iran are grossly misrepresenting the security situation in Iran and risks of the unregulated surrogacy tourism industry. Private companies that organize these visits and services put U.S. citizens in danger. Iranian surrogacy providers have also been known to misrepresent U.S. citizenship law; if a child born overseas to a surrogate is not genetically or gestationally related to a U.S. citizen parent or the spouse of a U.S. citizen, the child will not automatically acquire U.S. citizenship at birth and will not be able to obtain a U.S. passport to leave Iran.

## Aviation Safety Oversight

The Federal Aviation Administration (FAA) has issued a Notice to Airmen (NOTAM) and a Special Federal Aviation Regulation (SFAR) that bans U.S. flights to, from, or through Iran's airspace. This is due to risks to civil aviation operating within or near Iran. U.S. citizens should consult the Federal Aviation Administration's Prohibitions, Restrictions and Notices for more information.

Read the country information page for additional information on travel to Iran.

 Gmail

S Borjian <st.borjian@gmail.com>

---

## M99- SETAREH BORJIAN- OTHER QUESTIONS

**S Borjian** <st.borjian@gmail.com>  Tue, Feb 25, 2025 at 1:44 AM
To: YerevanVisas@state.gov

— Applicant's full name: Asghar Borjian Boroujeni
— Applicant's date of birth: Oct 7, 1951
— Applicant's passport number: T67356486
— Applicant's country of nationality: Iran
— Applicant's case number: YRV2023615015
— Petitioner's full name: Setareh Borjian

To whom it my concern,

I am writing to kindly inquire about the status of my father's immigrant visa administrative processing. My mother's visa has been approved and is ready to pick up. However, it would be extremely challenging for her to travel and stay alone, and we are hoping to receive an update regarding my father's visa status, as it would provide much-needed support for her during this transition.

I understand that these processes take time, but any assistance or information regarding the current status of his application would be greatly appreciated.

Sincerely,
Setareh Borjian

S Borjian <st.borjian@gmail.com>

# M99- SETAREH BORJIAN- OTHER QUESTIONS

**Yerevan, Visas** <YerevanVisas@state.gov>  Tue, Feb 25, 2025 at 2:56 AM
To: S Borjian <st.borjian@gmail.com>

Dear Borjian, Setareh,

Thank you for your email. Visa applications are adjudicated in accordance with the provisions of the Immigration and Nationality Act (INA). A review of our consular records confirmed that Mr. Borjian Boroujeni's visa application was refused at the US Embassy, Yerevan, under section 221(g) of the INA. An application may be refused under section 221(g) of the INA when required supporting documents are incomplete or while the consular officer verifies information submitted in support of an application. In such cases, refused visa applications warrant further administrative processing. When administrative processing is required, the consular officer will inform the applicant at the end of the interview. The duration of the administrative processing will vary based on the individual circumstances of each case. We have no control over this legally mandated process, and we have no way to predict how much longer it will take before the processing is complete.

Regards,

Consular Section
U.S. Embassy Yerevan | 1 American Ave, Yerevan 0082, Armenia

**Appointment, MRV Fee, & Application Inquiries**
**Visa Related Inquiries Navigator**
**U.S. Embassy Yerevan, Armenia - Visas Page**

SBU -PRIVACY OR PII

---

**From:** S Borjian <st.borjian@gmail.com>
**Sent:** Tuesday, February 25, 2025 10:44 AM
**To:** Yerevan, Visas <YerevanVisas@state.gov>
**Subject:** M99- SETAREH BORJIAN- OTHER QUESTIONS

[Quoted text hidden]



S Borjian <st.borjian@gmail.com>

---

# M99- SETAREH BORJIAN- OTHER QUESTIONS

**S Borjian** <st.borjian@gmail.com>  Thu, May 22, 2025 at 8:00 PM
To: Visas Yerevan <YerevanVisas@state.gov>

— Applicant's full name: Asghar Borjian Boroujeni
— Applicant's date of birth: Oct 7, 1951
— Applicant's passport number: T67356486
— Applicant's country of nationality: Iran
— Applicant's case number: YRV2023615015
— Petitioner's full name: Setareh Borjian

Dear Sir/Madam,

I am writing to inquire about the status of my father's immigrant visa application, which has been under administrative processing since June 2024.

Due to severe hand tremor and other health concerns, it has become increasingly difficult and unsafe for him to live alone. This situation has worsened since my mother, Fatemeh Sarrami Foroushani, received her immigrant visa on March 8 and is now residing in the United States. The separation has created a deeply distressing and unmanageable situation for both of them. I kindly ask if there is any update you could provide regarding his case, or if there is anything further needed from our side to help move the process forward.

Thank you for your time and understanding.

Sincerely,

Setareh Borjian

# Gmail

S Borjian <st.borjian@gmail.com>

## M99- SETAREH BORJIAN- OTHER QUESTIONS

**Yerevan, Visas** <YerevanVisas@state.gov>  Fri, May 23, 2025 at 2:02 AM
To: S Borjian <st.borjian@gmail.com>

Dear Setareh Borjian,

Thank you for your email. Visa applications are adjudicated in accordance with the provisions of the Immigration and Nationality Act (INA). A review of our consular records confirmed that Borjian Boroujeni Asghar's visa application was refused at the US Embassy, Yerevan, under section 221(g) of the INA. An application may be refused under section 221(g) of the INA when required supporting documents are incomplete or while the consular officer verifies information submitted in support of an application. In such cases, refused visa applications warrant further administrative processing. When administrative processing is required, the consular officer will inform the applicant at the end of the interview. The duration of the administrative processing will vary based on the individual circumstances of each case. We have no control over this legally mandated process, and we have no way to predict how much longer it will take before the processing is complete.

Respectfully,

Consular Section

U.S. Embassy Yerevan | 1 American Ave, Yerevan 0082, Armenia

**Appointment, MRV Fee, & Application Inquiries**
**Visa Related Inquiries Navigator**
**U.S. Embassy Yerevan, Armenia - Visas Page**

SBU -PRIVACY OR PII

**From:** S Borjian <st.borjian@gmail.com>
**Sent:** Friday, May 23, 2025 4:00 AM
**To:** Yerevan, Visas <YerevanVisas@state.gov>
**Subject:** [External] M99- SETAREH BORJIAN- OTHER QUESTIONS

[Quoted text hidden]

 S Borjian <st.borjian@gmail.com>

## M99- SETAREH BORJIAN- OTHER QUESTIONS

**S Borjian** <st.borjian@gmail.com>  Tue, Aug 5, 2025 at 8:38 PM
To: Visas Yerevan <YerevanVisas@state.gov>

— Applicant's full name: Asghar Borjian Boroujeni
— Applicant's date of birth: Oct 7, 1951
— Applicant's passport number: T67356486
— Applicant's country of nationality: Iran
— Applicant's case number: YRV2023615015
— Petitioner's full name: Setareh Borjian

Dear Sir/Madam,

I am writing to inquire about the status of my father's immigrant visa application, which has been under administrative processing since June 2024.

Due to a severe hand tremor and other health concerns, it has become increasingly difficult and unsafe for him to live alone. His condition has been deteriorating, and the situation is becoming unmanageable.

I would greatly appreciate any updates you can provide regarding his case. Thank you for your time and understanding.

Sincerely,
Setareh Borjian

 S Borjian <st.borjian@gmail.com>

## M99- SETAREH BORJIAN- OTHER QUESTIONS

**Yerevan, Visas** <YerevanVisas@state.gov>  Wed, Aug 6, 2025 at 2:45 AM
To: S Borjian <st.borjian@gmail.com>

Dear Asghar Borjian Boroujeni,

Thank you for your email. Visa applications are adjudicated in accordance with the provisions of the Immigration and Nationality Act (INA). A review of our consular records confirmed that the applicant's visa application was refused at the US Embassy, Yerevan, under section 221(g) of the INA. An application may be refused under section 221(g) of the INA when required supporting documents are incomplete or while the consular officer verifies information submitted in support of an application. In such cases, refused visa applications warrant further administrative processing. When administrative processing is required, the consular officer will inform the applicant at the end of the interview. The duration of the administrative processing will vary based on the individual circumstances of each case. We have no control over this legally mandated process, and we have no way to predict how much longer it will take before the processing is complete.

Sincerely,
U.S. Embassy Yerevan
Consular Section



SENSITIVE BUT UNCLASSIFIED

**From:** S Borjian <st.borjian@gmail.com>
**Sent:** Wednesday, August 6, 2025 4:38 AM
**To:** Yerevan, Visas <YerevanVisas@state.gov>
**Subject:** [External] M99- SETAREH BORJIAN- OTHER QUESTIONS

[Quoted text hidden]